Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADE ASSOCIATES INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> FUSION TECHNOLOGIES INC., a Washington corporation, <br><br> Defendant. | Civil Case No. 09-CV-5804-RJB <br><br> **NOTICE OF APPEARANCE** |

TO:      Clerk of the Court

AND TO:      All Counsel of Record

PLEASE TAKE NOTICE that Mark P. Walters of Darby and Darby P.C. hereby enter an appearance on behalf of Defendant, FUSION TECHNOLOGIES, INC., and requests that copies of all papers in this action be served upon the undersigned.

**NOTICE OF APPEARANCE**       - 1 -
Civil Case No. 09-CV-5804-RJB

**DARBY & DARBY P.C.**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

Respectfully submitted,

DARBY & DARBY P.C.

Dated: January 26, 2010

By: s/Mark P. Walters
Mark P. Walters, WSBA No. 30819
1191 Second Avenue, Ste. 2000
Seattle, WA 98101
Telephone: (206) 262-8900
Facsimile: (206) 262-8901
Email: mwalters@darbylaw.com

*Attorneys for Defendant Fusion Technologies, Inc.*

NOTICE OF APPEARANCE
Civil Case No. 09-CV-5804-RJB

- 2 -

**DARBY & DARBY P.C.**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

**CERTIFICATE OF SERVICE**

I, Sharie L. Parks, hereby certify that on January 26, 2010, I caused the foregoing **NOTICE OF APPEARANCE** to be served on the following parties as indicated below:

| | |
|---|---|
| **Paul T. Meiklejohn, WSBA No. 17477**<br>**Mark S. Carlson, WSBA No. 17493**<br>DORSEY & WHITNEY LLP<br>Columbia Center, Suite 6100<br>701 Fifth Avenue<br>Seattle, WA 98104<br><br>*Attorneys for Plaintiff Trade Associates, Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>    meiklejohn.paul@dorsey.com<br>    carlson.mark@dorsey.com |

DATED: January 26, 2010

s/Sharie L. Parks
for Mark P. Walters, WSBA No. 30819
DARBY & DARBY P.C.

**NOTICE OF APPEARANCE** - 3 -
Civil Case No. 09-CV-5804-RJB

**DARBY & DARBY P.C.**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900