Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADE ASSOCIATES INC., a Washington corporation,<br><br>                          Plaintiff,<br><br>    v.<br><br>FUSION TECHNOLOGIES INC., a Washington corporation,<br><br>                          Defendant. | Civil Case No. 09-CV-5804-RJB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**<br><br><u>**Note on Motion Calendar:**</u><br>**Wed., January 27, 2010** |

Defendant, Fusion Technologies, Inc. ("Fusion"), hereby moves the Court to extend the deadline for Fusion to file a response to the complaint in this matter. Plaintiff, Trade Associates, Inc. ("Trade Associates"), does not oppose this motion.

Specifically, Fusion requests that the deadline to file a response to the complaint be extended to February 25, 2010.

Undersigned counsel for Fusion has met and conferred with counsel for plaintiff and confirmed that there is no opposition to this motion.

Fusion therefore respectfully requests that the Court enter the attached proposed order granting this extension of time.

DARBY & DARBY P.C.
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Respectfully submitted,

Dated:  January 27, 2010

By:    s/Mark P. Walters
Mark P. Walters, WSBA No. 30819
DARBY & DARBY P.C.
1191 Second Avenue, Ste. 2000
Seattle, WA 98101
Telephone:  (206) 262-8900
Facsimile:  (206) 262-8901
Email:    mwalters@darbylaw.com

*Attorneys for Defendant Fusion
Technologies, Inc.*

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER**                    - 2 -
Civil Case No. 09-CV-5804-RJB

**DARBY & DARBY P.C.**
**1191 SECOND AVENUE**
**SEATTLE, WASHINGTON 98101**
**TELEPHONE: 206.262.8900**

1

**CERTIFICATE OF SERVICE**

2

I, Sharie L. Parks, hereby certify that on January 27, 2010, I caused the foregoing

3

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** to be served on

4

the following parties as indicated below:

5

| | |
|---|---|
| **Paul T. Meiklejohn, WSBA No. 17477** | [ ]  By United States Mail |
| **Mark S. Carlson, WSBA No. 17493** | [ ]  By Legal Messenger |
| DORSEY & WHITNEY LLP | **[X]  By Electronic CM/ECF** |
| Columbia Center, Suite 6100 | [ ]  By Overnight Express Mail |
| 701 Fifth Avenue | [ ]  By Facsimile |
| Seattle, WA 98104 | [ ]  By Email [by agreement of counsel] |
|  | meiklejohn.paul@dorsey.com |
| *Attorneys for Plaintiff Trade Associates, Inc.* | carlson.mark@dorsey.com |

6

7

8

9

10

11

DATED: January 27, 2010

s/Sharie L. Parks
for Mark P. Walters, WSBA No. 30819
DARBY & DARBY P.C.

12

13

14

15

16

17

18

19

20

21

22

23

24

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER**                    - 3 -
Civil Case No. 09-CV-5804-RJB

**DARBY & DARBY P.C.**
**1191 SECOND AVENUE**
**SEATTLE, WASHINGTON 98101**
**TELEPHONE: 206.262.8900**