FILED RECEIVED LODGED
SEP 19 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

09-CV-05804-VRDCT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRADE ASSOCIATES INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FUSION TECHNOLOGIES INC., a Washington corporation,<br><br>Defendant. | CASE NO. C09-5804RJB<br><br>VERDICT FORM |

We the jury, find as follows:

1)   Check <u>one</u> of the blanks below to indicate your finding as to the inventor of the Hand-Held Conformable Sanding Block as Patented in the '612 Patent:

____✓____ (a) Mr. Copeland alone

_____ (b) Mr. Lin alone

_____ (c) both Mr. Copeland and Mr. Lin

VERDICT FORM - 1

1      2)     On plaintiff's breach of contract claim, we find for

2            __Defendant__
               (write in "plaintiff" or "defendant")

4      2)a     **(Complete this section only if you found for plaintiff in section 2)**

5           We determine plaintiff's damages on the breach of contract claim to be

6              $_____

8      3)     On defendant's breach of contract claim, we find for

9            __Defendant__
               (write in "defendant" or "plaintiff")

10     3)a     **(Complete this section only if you found for defendant in section 3)**

11           We determine defendant's damages on the breach of contract claim to be

           $ __All unpaid past and future royalties on Dura-Block technologies as outlined in Addendum to Royalty Agreement dated November 26, 2003 (Exhibit 6B).__

14     4)     On defendant's unjust enrichment claim, we find for

15           __Plaintiff__
               (write in "defendant" or "plaintiff")

17     4)a **(Complete this section only if you found for defendant in section 4)**

18          We determine damages on the unjust enrichment claim to be

19            $_____

20 Dated this 19th day of September, 2011.

                            _/s/ [signature]_
                            Presiding Juror

VERDICT FORM VERDICT FORM- 2